IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANTONIO T. REID, | ) |
| | ) |
| Plaintiff, | )  4:21-cv-00972-RWS |
| | ) |
| v. | ) |
| | ) |
| HUBBELL INCORPORATED | ) |
| DELAWARE, D/B/A KILLARK | ) |
| ELECTRIC, | ) |
| | ) |
| Defendant. | ) |

*So Ordered*

*[signature]* ceas.
7/14/23

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now the parties, and hereby stipulate and agree that this matter be dismissed with prejudice. Each party to bear their own costs.

Respectfully submitted,

PONDER ZIMMERMANN LLC

By   /s/ Douglas B. Ponder
   Douglas Ponder, #54968MO
   dbp@ponderzimmermann.com
   Jaclyn M. Zimmermann, #57814MO
   jmz@ponderzimmermann.com
   20 South Sarah Street
   St. Louis, MO  63108
   Phone:   314-272-2621
   FAX:     314-272-2713
   Attorneys for Plaintiff

JACKSON LEWIS P.C.

By   /s/ MaryAnne Quill
   Adam Hirtz, #48448MO
   adam.hirtz@jacksonlewis.com
   MaryAnne Quill, #71133MO
   maryanne.quill@jacksonlewis.com
   1 North Brentwood, Suite 1150
   St. Louis, Missouri 63105
   Phone:   314-827-3939
   Attorneys for Defendant